UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **ANGELA CRAIG** and **JENNY WINSLOW DAVIES**, <br><br> Plaintiffs, <br><br> v. <br><br> **STEVE SIMON**, in his official capacity as Minnesota Secretary of State, <br><br> Defendant. | Civil No. 0:20-cv-2066 WMW/TNL <br><br> **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **EXPEDITED HANDLING REQUESTED UNDER LOCAL RULE 7.1(d).** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Angela Craig and Jenny Winslow Davies hereby move the Court for the entry of a preliminary injunction enjoining Defendant Steve Simon, Minnesota Secretary of State, his respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them from (1) enforcing the Minnesota Statute § 204B.13 ("Postponement Provisions") as applied to the 2nd Congressional District race in the November general election, (2) refusing to give legal effect to the ballots cast in that race in the November general election, and (3) impeding the right of Minnesota's voters to vote in that race in the November general election by postings or other communications to voters indicating that their ballots will not be counted.

This motion is made and based upon Plaintiff's Memorandum of Law in Support of Motion for a Preliminary Injunction, Declarations and Exhibits.  Plaintiffs further request an expedited hearing under Local Rule 7.1(d).

553151.1

DATED:  September 29, 2020                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                                                          s/Charles N. Nauen
Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Rachel A. Kitze Collins (#0396555)
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
cnnauen@locklaw.com
djzoll@locklaw.com
rakitzecollins@locklaw.com

PERKINS COIE LLP

Marc Erik Elias (*pro hac vice* pending)
Joel J. Ramirez (*pro hac vice* pending)
700 Thirteenth Street NW, Suite 800
Washington, DC 20005-3960
Tel:  (202) 654-6200
Fax:  (202) 654-6211
MElias@perkinscoie.com
JoelRamirez@perkinscoie.com

Kevin J. Hamilton (*pro hac vice* pending)
Holly M. Simpkins, (*pro hac vice* pending)
Laura C. Hill (*pro hac vice* pending)
Nitika Arora (*pro hac vice* pending)
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Tel:  (206) 359-8000
Fax:  (206) 359-9000
KHamilton@perkinscoie.com
HSimpkins@perkinscoie.com
LHill@perkinscoie.com
NArora@perkinscoie.com

*Attorneys for Plaintiffs*