# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **ANGELA CRAIG,** and **JENNY WINSLOW DAVIES**, | Civil No. |
| Plaintiffs, | |
| v. | **DECLARATION OF REPRESENTATIVE ANGELA CRAIG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| **STEVE SIMON**, in his official capacity as Minnesota Secretary of State, | |
| Defendant. | |

I, Angela Craig, declare as follows:

1. I am over 18 years of age and have personal knowledge of the below facts, which are true and accurate to the best of my knowledge and belief.

2. I am the United States Representative for Minnesota's 2nd Congressional District. In my role, I represent more than 700,000 Minnesotans in the United States Congress. I am a resident of Eagan, Minnesota.

3. I am currently running for re-election. I am the Democratic nominee to be the Representative of the 2nd Congressional District.

4. This year, the general election (including for my House seat) is scheduled for November 3, 2020.

5. I have organized my campaign based on the understanding that the election for Minnesota's 2nd Congressional District will take place on November 3, 2020, the date

set by Congress. My campaign staff and I have campaigned, accepted contributions, made campaign expenditures, fundraised, budgeted, and advertised based on this understanding.

6.    Voting has already started across Minnesota, including in my district. The general election ballot includes the 2nd Congressional District race.

7.    The Minnesota Secretary of State has announced that he will hold a "special election" for my House seat in February 2021, pursuant to Minnesota law.

8.    If the special election is allowed to proceed, I will be forced to keep certain campaign resources that I would have spent before the November general election in reserve until after the November general election. Limiting my campaign activities now to conserve resources and/or raise additional funds for a potential special election in February 2021 will harm my ability to reach undecided voters.

9.    If the special election is allowed to proceed, I will also be forced to expend additional funds and time after the general election in November in order to continue my campaign up to the special election in February 2021.

10.    Further, if the special election is allowed to proceed, my current term in office will expire on January 3, 2021, and I will not be able to assume office until after February 9, 2021, the date of the special election. If I win re-election, I will have been deprived of the ability to represent my district for more than a month. And, residents of the 2nd Congressional District will be left without representation during that period.

11.    I am also aware that the Secretary has told voters that, if they cast a vote for the 2nd Congressional District using general election ballots, their votes "will not be counted." Although the Secretary advised that "[e]ligible voters in the Second

Congressional district should continue to vote," unless immediately corrected and reversed, his statement and any postings put up as a result of the Posting Requirement threaten to cause voters to forego their right to cast their ballots for the 2nd Congressional District, because of these statements by the State that their ballots will not count.

12. Given the Secretary's public statements, it is extremely likely that some voters in the 2nd Congressional District will not vote for a United States Representative when they return their ballots because they believe it is pointless to do so. Some of those voters would have voted for me.

13. If the Court agrees that federal law prohibits a February "special election" under these circumstances, but no injunction is issued, those voters will have lost the opportunity to vote for their United States Representative through no fault of their own. I would also have lost votes that otherwise would have been cast for me.

14. An injunction is necessary to ensure that voters know to vote in the 2nd Congressional District race during the general election.

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2020, at Eagan, Minnesota.

By: _____
Angela Craig