## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **ANGELA CRAIG**, and<br>**JENNY WINSLOW DAVIES**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVE SIMON**, in his official capacity<br>as Minnesota Secretary of State,<br><br>Defendant. | Case No.: 0:20-cv-02066 WMW/TNL<br><br><br>**PROPOSED DEFENDANT TYLER KISTNER'S MOTION TO INTERVENE** |

Pursuant to Federal Rule of Procedure 24, Tyler Kistner, as the Republican Party of Minnesota's candidate for Congress in Minnesota's Second Congressional District, hereby moves for leave to intervene as a party defendant.  As required by Rule 24(c), Mr. Kistner has attached to this Motion a proposed Answer to Plaintiffs' Complaint.  The grounds supporting this Motion are set forth in the accompanying Memorandum in Support.

Mr. Kistner further respectfully requests that the Court (1) extend the deadline for defendants to file a responsive brief to Plaintiffs' Motion for Preliminary Injunction and (2) reschedule the hearing on said Motion for Preliminary Injunction until after the Court has considered and ruled on Mr. Kistner's Motion to Intervene.  Such actions will promote judicial economy and preserve all parties' rights to be meaningfully heard by ensuring that all parties are able to participate in the briefing and arguments on the Motion for Preliminary Injunction at one time.

DATED: September 30, 2020                   Respectfully submitted,

/s/ R. Reid LeBeau II
R. Reid LeBeau (#0347504)
Michael L. Murphy (MN #0394879)
Jeffrey K. Holth (MN #0393070)
Benjamin N. Pachito (MN #0398942)

THE JACOBSON LAW GROUP
Jacobson, Magnuson, Anderson & Halloran, P.C.
180 E. Fifth St., Suite 940
St. Paul, MN 55101
Tel:    (651) 644-4710
Fax:    (612) 339-0981
rlebeau@thejacobsonlawgroup.com
mmurphy@thejacobsonlawgroup.com
jholth@thejacobsonlawgroup.com
bpachito@thejacobsonlawgroup.com


*Angela Craig and Jenny Winslow Davies v. Steve Simon, in his official capacity as Minnesota Secretary of State*