# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Angela Craig, et al.,

    Plaintiffs,

v.

Steve Simon,

    Defendant.

**COURT MINUTES**
BEFORE: Wilhelmina M. Wright,
U.S. District Judge

| | |
|---|---|
| Case No: | 20-cv-2066 (WMW/TNL) |
| Date: | October 7, 2020 |
| Courthouse: | Saint Paul |
| Courtroom: | Telephonic Hearing |
| Deputy: | Mona Eckroad |
| Court Reporter: | Lori Simpson |
| Time in Court: | 9:15 a.m. – 10:39 a.m. |
| Total time: | 1 Hour 24 Minutes |

## APPEARANCES:

Plaintiffs:    Charles N. Nauen (appeared by teleconference)
               David J. Zoll (appeared by teleconference)
               Holly Marie Simpkins (appeared by teleconference)
               Joel J. Ramirez (appeared by teleconference)
               Kevin J. Hamilton (appeared by teleconference)
               Laura Hill (appeared by teleconference)
               Nitika Arora (appeared by teleconference)
               Rachel Ann Kitze Collins (appeared by teleconference)

Movant:     Rondell Reid LeBeau, II (appeared by teleconference)

Defendant:  Nathan J. Hartshorn (appeared by teleconference)

## HEARING ON:

Plaintiffs' Motion for Preliminary Injunction [14].
Movant's Motion to Intervene [24].

## PROCEEDINGS:

The motion for preliminary injunction and motion to intervene were held via teleconference. The motions were argued and taken under advisement. Order to follow.

                                                                               s/Mona Eckroad
                                                                               Courtroom Deputy