UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **ANGELA CRAIG**, and **JENNY WINSLOW DAVIES**, <br><br> Plaintiffs <br><br> v. <br><br> **STEVE SIMON**, in his official capacity as Minnesota Secretary of State, <br><br> Defendant, <br><br> and <br><br> **TYLER KISTNER**, <br><br> Intervenor-Defendant. | Case No.: 0:20-cv-02066 WMW/TNL <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that the Intervenor-Defendant in the above-captioned case, Tyler Kistner, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Court's order granting Plaintiffs' Motion for a Preliminary Injunction, ECF No. 49, entered on October 9, 2020, and all orders forming the basis of, or otherwise relating to, that order.

Dated: October 9, 2020                    Respectfully submitted,

/s/ R. Reid Le Beau II
R. Reid LeBeau (#0347504)
Jeffrey K. Holth (MN #0393070)
Benjamin N. Pachito (MN #0398942)
THE JACOBSON LAW GROUP
Jacobson, Magnuson, Anderson &
Halloran, P.C.
180 E. Fifth St., Suite 940
St. Paul, MN 55101
Tel: (651) 644-4710
Fax: (612) 339-0981
rlebeau@thejacobsonlawgroup.com
jholth@thejacobsonlawgroup.com
bpachito@thejacobsonlawgroup.com