## L.R. 7.1(f), (h) CERTIFICATE OF COMPLIANCE

I, R. Reid LeBeau, hereby certify that the foregoing Memorandum of Points and Authorities in Support of Intervenor-Defendant's Motion for Stay Pending Appeal complies with Local Rule 7.1(f). In preparation of the above document, I obtained the word count from Microsoft Word and the document contains 4,783 words. I further certify that this document complies with Local Rule 7.1(h) because it is set in Times New Roman, type size 13.

Dated: October 9, 2020

Respectfully submitted,

/s/ R. Reid Le Beau II
R. Reid LeBeau (#0347504)
THE JACOBSON LAW GROUP
Jacobson, Magnuson, Anderson & Halloran, P.C.
180 E. Fifth St., Suite 940
St. Paul, MN 55101
Tel: (651) 644-4710
Fax: (612) 339-0981
rlebeau@thejacobsonlawgroup.com