UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **ANGELA CRAIG**, and **JENNY WINSLOW DAVIES**,<br><br>Plaintiffs<br><br>v.<br><br>**STEVE SIMON**, in his official capacity as Minnesota Secretary of State,<br><br>Defendant,<br><br>and<br><br>**TYLER KISTNER**,<br><br>Intervenor-Defendant. | Case No.: 0:20-cv-02066 WMW/TNL<br><br>**NOTICE OF HEARING ON MOTION FOR STAY PENDING APPEAL** |

     PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the direction received from the presiding judge's courtroom deputy. A hearing for the above-titled motion will take place at a date and time to be determined, before the Honorable Wilhelmina M. Wright, United States District Court for the District of Minnesota. Intervenor-Defendant Tyler Kistner will move the Court for an order staying the Court's order granting Plaintiffs' motion for preliminary injunction, ECF No.49, during the pendency of Intervenor-Defendant's appeal of the same order to the United States Court of Appeals for the Eighth Circuit.

Dated: October 9, 2020                    Respectfully submitted,

/s/ R. Reid Le Beau II
R. Reid LeBeau (#0347504)
Jeffrey K. Holth (MN #0393070)
Benjamin N. Pachito (MN #0398942)
THE JACOBSON LAW GROUP
Jacobson, Magnuson, Anderson & Halloran, P.C.
180 E. Fifth St., Suite 940
St. Paul, MN 55101
Tel: (651) 644-4710
Fax: (612) 339-0981
rlebeau@thejacobsonlawgroup.com
jholth@thejacobsonlawgroup.com
bpachito@thejacobsonlawgroup.com