UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Angela Craig and<br>Jenny Winslow Davies, | Civil No. 20-CV-2066 (WMW/TNL) |
| Plaintiffs, | |
| vs. | **DEFENDANT'S<br>CONSENT MOTION<br>TO STAY DEADLINE<br>TO RESPOND<br>TO COMPLAINT** |
| Steve Simon, in his official capacity as the<br>Minnesota Secretary of State, | |
| Defendant, | |
| and | |
| Tyler Kistner, | |
| Intervenor Defendant. | |

With the agreement and consent of the Plaintiffs, Defendant Steve Simon, in his official capacity as the Minnesota Secretary of State, respectfully moves the Court for an order staying the deadline in Fed. R. Civ. P. 12(a)(1) for the Secretary to respond to Plaintiffs' complaint until fourteen days after the determination of the current appeal of this Court's preliminary-injunction order.

The Federal Rules of Civil Procedure require the Secretary to serve his response to the complaint within 21 days after being served with the summons and complaint—that is, by October 19. Fed. R. Civ. P. 12(a)(1)(A)(i). The pending appeal, however, may have a significant impact on the Secretary's decisions in this litigation. Accordingly, the

Secretary moves this Court to stay his deadline to answer the complaint or otherwise plead until after the appeal is concluded.

A court's authority to stay proceedings "is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (U.S. 1936). A court considering a motion to stay "must weigh competing interests and maintain an even balance." *Id.* A district court has broad discretion to stay proceedings when appropriate to control its docket. *Sierra Club v. U.S. Army Corps of Engineers*, 446 F.3d 808, 816 (8th Cir. 2006).

Pursuant to Local Rule 7.1(a), counsel for the Secretary conferred with Plaintiffs' counsel regarding the nature of this motion, its legal basis, and the relief requested. Plaintiffs stated that they agree and consent to the relief requested.

The Secretary therefore respectfully requests the Court enter an order staying the Secretary's deadline to answer or otherwise plead in response to Plaintiff's Complaint until fourteen days after the appeal of the Court's order granting a preliminary injunction has concluded.

Dated: October 16, 2020  Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ **Nathan J. Hartshorn**
NATHAN J. HARTSHORN
Assistant Attorney General
Atty. Reg. No. 0320602

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2134
(651) 757-1252 (Voice)
(651) 297-1235 (Fax)
nathan.hartshorn@ag.state.mn.us

ALEC SLOAN
Assistant Attorney General
Atty. Reg. No. 0399410
*(District of Minnesota admission pending)*

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1022 (Voice)
(651) 297-4077 (Fax)
alec.sloan@ag.state.mn.us

ATTORNEY FOR DEFENDANT STEVE
SIMON, IN HIS OFFICIAL CAPACITY AS
THE MINNESOTA SECRETARY OF STATE

3