# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Angela Craig, Jenny Winslow Davies, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-2066 WMW/TNL |
| Steve Simon, | |
| Defendant, | |
| and | |
| Tyler Kistner, | |
| Intervenor Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1.    Movant Tyler Kistner's motion to intervene as a party defendant, (Dkt. 24), is **GRANTED**.

    2.    Plaintiffs' motion for a preliminary injunction, (Dkt. 14), is **GRANTED**.

    3.    Defendant Steve Simon, in his official capacity as Minnesota Secretary of State, is **ENJOINED** as follows:

        a.    Because Plaintiffs are likely to succeed on the merits of their claim that Minnesota Statutes Section 204B.13 is preempted by federal law, Minnesota Statutes Section 204B.13 shall not be enforced as to Minnesota's Second Congressional District race in the November 3, 2020 general election;

      b.      The Minnesota Secretary of State shall not refuse to give legal effect to the ballots cast in the November 3, 2020 general election for Minnesota's Second Congressional District; and

      c.      The Minnesota Secretary of State shall not impede the right of Minnesota's voters to vote in the November 3, 2020 general election for Minnesota's Second Congressional District by communicating to voters that their ballots will not be counted.

Date: 10/19/2020                                                            KATE M. FOGARTY, CLERK