UNITED STATES DISTRCT COURT
DISTRICT OF MINNESOTA

Angela Craig, et al.,

          Plaintiffs,

v.                                                                                    Civil No. 20-2066 (WMW/TNL)

Steve Simon,

          Defendant.

----------------------------------------------------------

Paula M. Overby.

          Plaintiff,

v.                                                                                    Civil No. 20-2250 (MJD/ECW)

Steve Simon, et al.,

          Defendants.

----------------------------------------------------------

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 20-2066 (WMW/TNL) having been assigned to Judge Wilhelmina M. Wright and Magistrate Judge Tony N. Leung and Case No. 20-2250 (MJD/ECW) having later been assigned to Judge Michael J. Davis and Magistrate Judge Elizabeth Cowan Wright, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 20-2250 (MJD/ECW) be assigned to Judge Wilhelmina M. Wright and Magistrate Judge Tony N. Leung, nunc pro tunc, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

Dated: October 30, 2020  s/Wilhelmina M. Wright  
Wilhelmina M. Wright  
United States District Judge

Dated: October 30, 2020  s/Michael J. Davis  
Michael J. Davis  
United States District Court Judge