# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3126

_____

Angela Craig; Jenny Winslow Davies

Plaintiffs - Appellees

v.

Steve Simon, in his official capacity as Minnesota Secretary of State

Defendant - Appellee

Tyler Kistner

Intervenor Defendant - Appellant

------------------------------

U.S. House of Representatives

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02066-WMW)

_____

## JUDGMENT

Before LOKEN, COLLOTON and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the order of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 20, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans